BEFORE:   **E. THOMAS BOYLE**
            UNITED STATES MAGISTRATE JUDGE

DATE: <u>MAY 21, 2010</u>
TIME: <u>11:00 A.M.</u>

ASSIGNED JUDGE: **BIANCO**

DOCKET NO. <u>**CV-09-2224**</u>  CASE: **JENKINS  V.  THE SPORTS AUTHORITY, INC.**

<u>**CIVIL CONFERENCE**</u>

Initial_X_   Status_   Discovery____   Settlement _____   Final Pre-trial ____

Motion

Automatic Discovery: Has been (_____)   Has Not Been (_____) Completed.

APPEARANCES:   <u>Plaintiff</u>
Fran L. Rudich
_____

<u>Defendant</u>
Donald R. Frederico
Jonathan Sulds –

* Discovery completed by    12/30/11 all merits + experts

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next __Final__ conference   1/13/12 at 2:00 pm By phone

Pre-Trial Order filed by   _____

The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

Plaintiff   _____

Defendant   _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by   _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by   _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

So ordered

/s/ E. Thomas Boyle, U.S.M.J.